**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALFRED FREHNER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-02083-MMD-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CLARK COUNTY SCHOOL DISTRICT, | ) | (Mtn to Withdraw - Dkt. #18) |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Withdraw (Dkt. #18) filed May 8, 2013. Patrick W. Kang and Erica D. Loyd seek leave to withdraw as counsel of record for Plaintiff Alfred Frehner. Defendant Clark County School District filed a Notice of Non-Opposition (Dkt. #19) on May 8, 2013. The Motion represents that Plaintiff discharged counsel from any further representation on April 23, 2013. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff filed his Complaint (Dkt. #1) on December 6, 2012. A Motion to Dismiss (Dkt. #9) is currently pending before the district judge. Discovery in this case closes on July 15, 2013. *See* Scheduling Order (Dkt. #15).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #18) is GRANTED.
2. Plaintiff shall have until **June 10, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will proceed pro se, that is, be representing himself.
3. Failure to comply with this order may result in for sanctions, including case-dispositive sanctions.

4.  The Clerk of Court shall serve a copy of this Order on Plaintiff at:

> Alfred Frehner
> 640 Hillside Drive
> Mesquite, NV 89027

Dated this 9th day of May, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE